IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

MARGIE REAVES FOWLER, et al

    Plaintiff(s)

v.                                                         CV 04-PT-712-M

PHARMACIA AND UPJOHN
COMPANY, et al

    Defendant(s)

## DISMISSAL ORDER

This cause comes on to be heard on Plaintiffs' Motion to Dismiss filed on September 29, 2004. There being no objections by the defendants, the motion is **GRANTED** and this action is **DISMISSED, WITH PREJUDICE**; costs taxed as paid.

**DONE** and **ORDERED** this the _11_ day of October, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE